```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 13-01287-RNO
Jesus David Collado                                       Chapter 13
Ann Elizabeth Collado
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge         Page 1 of 1         Date Rcvd: Mar 15, 2018
                              Form ID: ntpasnh      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db/jdb         +Jesus David Collado,    Ann Elizabeth Collado,    128 Winding Lane,    East Berlin, PA 17316-9519
cr             +WELLS FARGO HOME MORTGAGE, LLC,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
4277456         AMERICAN EXPRESS,    P.O. BOX 1270,    NEWARK, NJ  07101-1270
4343378         American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4277457         CAPITAL ONE,    P.O. BOX 30285,    SALT LAKE CITY, UT 84130-0285
4277458         CHASE CARD SERVICES,    CARDMEMBER SERVICES,    P.O. BOX 15153,    WILMINGTON, DE  19886-5153
4348132        +Ocwen Loan Servicing, LLC,    1100 Virginia Drive, Ste. 175,    Fort Washington, PA 19034-3278,
                 Attn: Bankruptcy Department
4277462         WELLS FARGO HOME MORTGAGE,    P.O. BOX 6417,    CAROL STREAM, IL  60197-6417
4335366        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4277459         E-mail/Text: mrdiscen@discover.com Mar 15 2018 18:44:13     DISCOVER,    P.O. BOX 15251,
                 WILMINGTON, DE  19886-5251
4277460         E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2018 18:44:13     KOHL'S,
                 KOHL'S PAYMENT CENTER,    P.O. BOX 2983,    MILWAUKEE, WI  53201-2983
4347475         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 18:45:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4886567        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 18:45:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4281884         E-mail/Text: ebn@vativrecovery.com Mar 15 2018 18:44:16     Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                 PO Box 40728,    Houston TX 77240-0728
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4277461       ##OCWEN,    P.O. BOX 9001719,    LOUISVILLE, KY  40290-1719
                                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor 2 Ann Elizabeth Collado staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 1 Jesus David Collado staff@tommillerlawoffice.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, et al
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jesus David Collado
Ann Elizabeth Collado
**Debtor(s)**

Chapter: 13

Case number: 1:13−bk−01287−RNO

Document Number: 57

Matter: Motion for Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **April 5, 2018**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 15, 2018 |