UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JESUS DAVID COLLADO

            ANN ELIZABETH COLLADO

            Debtor(s)

            CHARLES J. DEHART, III             CHAPTER 13
            CHAPTER 13 TRUSTEE
            Movant             CASE NO: 1-13-01287-RNO

vs.

            JESUS DAVID COLLADO
             ANN ELIZABETH COLLADO

            Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on May 10, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

            Respectfully submitted,

            s/    Charles J. DeHart, III
            Charles J. DeHart, III, Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            Phone: (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JESUS DAVID COLLADO
           ANN ELIZABETH COLLADO          CHAPTER 13

                  Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE                CASE NO: 1-13-01287-RNO
                  Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| June 6, 2018 at 9:00 am | June 6, 2018 at 10:00 AM |
| Dismissal Conference Room (Courtroom 2) | Ronald Reagan Federal Bldg |
| Ronald Reagan Federal Bldg | Bankruptcy Courtroom |
| 3rd Floor, Third and Walnut Streets | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

        **PLAN BALANCE DUE:  $ 10,028.63**

        **TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE:  $10,028.63**

**NOTE:**
        **ALL** payments must be made by **CERTIFIED CHECK, MONEY ORDER** or through **TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                Charles J. DeHart, III, Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                Phone: (717) 566-6097

Dated: May 10, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JESUS DAVID COLLADO

ANN ELIZABETH COLLADO  CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III  CASE NO: 1-13-01287-RNO
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on May 10, 2018.

THOMAS E. MILLER, ESQUIRE
249 YORK STREET
HANOVER, PA 17331-

JESUS DAVID COLLADO
ANN ELIZABETH COLLADO
128 WINDING LANE
EAST BERLIN, PA 17316

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 10, 2018

Case 1:13-bk-01287-RNO  Doc 65  Filed 05/10/18  Entered 05/10/18 12:53:06  Desc
Page 4 of 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JESUS DAVID COLLADO
ANN ELIZABETH COLLADO

       Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

CASE NO: 1-13-01287-RNO

vs.

JESUS DAVID COLLADO
ANN ELIZABETH COLLADO

MOTION TO DISMISS

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.