```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-01287-RNO
Jesus David Collado                                             Chapter 13
Ann Elizabeth Collado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini          Page 1 of 1          Date Rcvd: Jul 17, 2018
                         Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
cr          +WELLS FARGO HOME MORTGAGE, LLC,    MAC X7801-014,    3476 Stateview Blvd.,
             Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor 2 Ann Elizabeth Collado staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 1 Jesus David Collado staff@tommillerlawoffice.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, et al
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
JESUS DAVID COLLADO and : CHAPTER 13 BANKRUPTCY
ANN ELIZABETH COLLADO, :
    Husband and Wife, : CASE NO. 1:13-bk-01287
    Debtors :

## ORDER

Upon consideration of Debtors' Motion for Leave to Enter into a Permanent Mortgage Loan Modification with Wells Fargo Home Mortgage relative to Debtors' residence situate at 128 Winding Lane, East Berlin, Adams County, Pennsylvania 17316, and upon notice and opportunity for hearing, it is hereby **ORDERED AND DECREED** that Debtors be and are granted leave to enter into the Wells Fargo Home Mortgage Permanent Mortgage Loan Modification which is the subject of Debtors' Motion.

Dated: July 17, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)