**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

| | |
|---|---|
| JESUS DAVID COLLADO | Case No.: 1-13-01287-RNO |
| ANN ELIZABETH COLLADO | Chapter 13 |
| Debtor(s) | |

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: WELLS FARGO
Court Claim Number: 02
Last Four of Loan Number: 3779
Property Address if applicable: 128 WINDING LANE, EAST BERLIN, PA  17316

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $19901.86
b. Prepetition arrearages paid by the Trustee: $19901.86
c. Amount of postpetition fees, expenses, and charges recoverable
 Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
 Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $19,901.86

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment:  $1,534.60
Next postpetition payment due:  APRIL, 2018
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 18, 2018	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JESUS DAVID COLLADO  Case No.: 1-13-01287-RNO
ANN ELIZABETH COLLADO  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 18, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

THOMAS E. MILLER, ESQUIRE     SERVED ELECTRONICALLY
249 YORK STREET
HANOVER PA, 17331-

WELLS FARGO BANK, N.A.     SERVED BY 1ST CLASS MAIL
DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN, MN, 55121-7700

JESUS DAVID COLLADO     SERVED BY 1ST CLASS MAIL
ANN ELIZABETH COLLADO
128 WINDING LANE
EAST BERLIN, PA 17316

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2018     s/ Donna Schott
    Charles J. DeHart, III, Trustee
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    Fax: (717) 566-8313
    eMail: dehartstaff@pamd13trustee.com