```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 13-01287-RNO
Jesus David Collado                                             Chapter 13
Ann Elizabeth Collado
        Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: CGambini           Page 1 of 1           Date Rcvd: Nov 06, 2018
                               Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db/jdb         +Jesus David Collado,   Ann Elizabeth Collado,   128 Winding Lane,   East Berlin, PA 17316-9519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                               Signature:  /s/Joseph Speetjens

___

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Thomas E. Miller     on behalf of Debtor 2 Ann Elizabeth Collado staff@tommillerlawoffice.com
              Thomas E. Miller     on behalf of Debtor 1 Jesus David Collado staff@tommillerlawoffice.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, et al
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jesus David Collado,<br>**Debtor 1**<br>Ann Elizabeth Collado,<br>**Debtor 2** | Chapter 13<br>Case No. 1:13–bk–01287–RNO |

Social Security No.:
xxx–xx–6270    xxx–xx–9824

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 6, 2018    By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)